IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01897-WYD-MEH

COBBLER NEVADA, LLC,

    Plaintiff,

v.

JOHN DOES 1-28,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 23, 2015.**

John Doe #5's Motion to Proceed Anonymously [filed October 21, 2015; docket #18] is **denied without prejudice** for the following reasons.

Doe #5 seeks to proceed in this litigation anonymously. However, while he has properly sought permission from the Court, he has not followed this Court's procedures in doing so. To seek to proceed anonymously, Doe #5 must provide to the Court his name, address, telephone number and email address in the form of a *separate* written "supplement" to the motion.[1] If Doe #5 wishes to keep this supplement (containing his identifying information) confidential, he may file a motion to file the supplement under restriction pursuant to the procedure set forth in D.C. Colo. LCivR 7.2.

Additionally, the Court notes that Doe #5 included within the present Motion a second Motion seeking to quash the subpoena served on his ISP [filed October 21, 2015; docket #18 at 3-4], which the Court also **denies without prejudice** for being filed anonymously. The Court notes that should Doe #5 wish to re-file the two motions, each motion should be filed separately. Additionally, the Court notes that Doe #5 failed to file with his motion a copy of the challenged subpoena. Therefore, if Doe #5 chooses to re-file his motion to quash, he is instructed to file a copy of the challenged subpoena with the motion.

If Doe #5 wishes to re-file his motion(s) in accordance with this order and all applicable local and federal court rules, he may do so **on or before November 6, 2015**. The Court may strike any motion or other filing that deviates from the requirements of this order or from those set forth in the applicable local or federal rules.

---

[1] In addition to compliance with Fed. R. Civ. P. 11, the Court also notes the necessity of having such information for the proper and efficient management of its docket.